# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Fredericka Roper as mother of Kendell Martin and Dalila Robertson, minor children,<br>*Plaintiff*<br>v.<br>Chrystal Templeton, et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 3:17-cv-0045<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chrystal Templeton
Murfreesboro Police Department
302 S. Church St.
Murfreesboro, TN 37130


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Luke A. Evans, attorney for Plaintiffs, P.O. Box 398, Murfreesboro, Tennessee 37133, (615) 896-4154; and

James Bryan Moseley, attorney for Plaintiffs, 237 Castlewood Dr., Suite D., Murfreesboro, Tennessee 37129 (615) 254-0140

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: 01/12/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-0045

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____
                                                                                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Fredericka Roper as mother of Kendell Martin and Dalila Robertson, minor children,<br>*Plaintiff*<br>v.<br>Chrystal Templeton, et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 3:17-cv-0045<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chris Williams
Murfreesboro Police Department
302 S. Church St.
Murfreesboro, TN 37130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Luke A. Evans, attorney for Plaintiffs, P.O. Box 398, Murfreesboro, Tennessee 37133, (615) 896-4154; and

James Bryan Moseley, attorney for Plaintiffs, 237 Castlewood Dr., Suite D., Murfreesboro, Tennessee 37129 (615) 254-0140

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date:  01/12/2017

*Signature of Clerk or Deputy Clerk*


Civil Action No. 3:17-cv-0045

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Fredericka Roper as mother of Kendell Martin and Dalila Robertson, minor children, | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 3:17-cv-0045 |
| Chrystal Templeton, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Albert Miles
Murfreesboro Police Department
302 S. Church St.
Murfreesboro, TN 37130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Luke A. Evans, attorney for Plaintiffs, P.O. Box 398, Murfreesboro, Tennessee 37133, (615) 896-4154; and

James Bryan Moseley, attorney for Plaintiffs, 237 Castlewood Dr., Suite D., Murfreesboro, Tennessee 37129 (615) 254-0140

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: 01/12/2017

*Signature of Clerk or Deputy Clerk*

Civil Action No.  3:17-cv-0045

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                                    _____
                                                      *Server's signature*

                                                      _____
                                                      *Printed name and title*

                                                      _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Fredericka Roper as mother of Kendell Martin and Dalila Robertson, minor children,<br>*Plaintiff*<br>v.<br>Chrystal Templeton, et al.<br>*Defendant* | Civil Action No. 3:17-cv-0045 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeff Carroll
Murfreesboro Police Department
302 S. Church St.
Murfreesboro, TN 37130


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Luke A. Evans, attorney for Plaintiffs, P.O. Box 398, Murfreesboro, Tennessee 37133, (615) 896-4154; and

James Bryan Moseley, attorney for Plaintiffs, 237 Castlewood Dr., Suite D., Murfreesboro, Tennessee 37129 (615) 254-0140

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: ___01/12/2017___      _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:17-cv-0045

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Fredericka Roper as mother of Kendell Martin and Dalila Robertson, minor children,<br>*Plaintiff*<br>v.<br>Chrystal Templeton, et al.<br>*Defendant* | )<br>)<br>)<br>)   Civil Action No. 3:17-cv-0045<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Murfreesboro
c/o Craig Tindall
City Attorney for City of Murfreesboro, TN
111 W. Vine St.
Murfreesboro, TN 37130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Luke A. Evans, attorney for Plaintiffs, P.O. Box 398, Murfreesboro, Tennessee 37133, (615) 896-4154; and

James Bryan Moseley, attorney for Plaintiffs, 237 Castlewood Dr., Suite D., Murfreesboro, Tennessee 37129 (615) 254-0140

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: _____ 01/12/2017 _____          _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:17-cv-0045

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                          *Server's signature*

                              _____
                                                          *Printed name and title*

                              _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Fredericka Roper as mother of Kendell Martin and Dalila Robertson, minor children, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:17-cv-0045 |
| Chrystal Templeton, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rutherford County, Tennessee
c/o Mayor Ernest G. Burgess, CEO for Rutherford County, Tennessee
One Public Square, Room 101
Murfreesboro, TN 37130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Luke A. Evans, attorney for Plaintiffs, P.O. Box 398, Murfreesboro, Tennessee 37133, (615) 896-4154; and

James Bryan Moseley, attorney for Plaintiffs, 237 Castlewood Dr., Suite D., Murfreesboro, Tennessee 37129 (615) 254-0140

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: 01/12/2017

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:17-cv-0045

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: